NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:

MICHAEL SHELDON ,

_____
                    Debtor(s)

BK-25-50189-hlb
CHAPTER 7

Adversary Proceeding: 25-05028-hlb

TODD HERROLD, et al,

_____
                    Plaintiff(s)

vs

MICHAEL SHELDON, et al,

_____
                    Defendant(s)

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date:  December 9, 2025
Hearing Time:  1:30 PM

I, _Sheila Gnepper Nelson_ certify that I am at least 18 years old and not a party to the matter concerning
          (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint
along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made
on _9, 18, 2025_
        (date)

by:

☒    Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to: NV 89451-8207
_michael Sheldon 840 Northwoods Blvd Incline Village NV 89451-8207_
_(Priority) KAempER-Crowell, Attn Bubala & Castaneda 50_
_W. Liberty St #1100 Reno NV 89501 & Kevin Darby Darby Law 999W. Plumb Lane 202_

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at: _Reno NV 89451-8207_

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail
      addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: (Describe briefly)

☐    State Law: The defendant was served pursuant to the laws of the State of _____,
      as follows: (Describe briefly)                                          (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Case 25-05028-hlb    Doc 5    Entered 09/11/25 14:48:57    Page 4 of 4

Dated: 9·22·2025                    Signature: _Sheila Groppan Nelson_

Print Name: _Sheila Groppan Nelson_

Business Address: _Resolution Law Firm P.C. 50 Osgood Place 5th fl_

City: _San Francisco_    State: _CA_    Zip: _94133_